JS-6

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11   CARLOS GONZALEZ, an individual,

12
13                        Plaintiff,
          v.
14

15   VOLKSWAGEN GROUP OF
     AMERICA, INC., a New Jersey
16   Corporation, and DOES 1 through 10,
17   inclusive,

18                        Defendants.
19

Case No: 2:22-cv-06058-JLS-JC

**ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE**

20
21
22
23
24
25
26
27
28

Based on the stipulation of the parties (Doc. 48), and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  June 7, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2